**Order entered November 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00382-CR

### VINCENT RAY SETTLES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F14-00085-J**

## ORDER

Pending is appellant Vincent Ray Settles's "Motion for Inability to Pay Cost." The motion is DENIED.

/s/    LANA MYERS
       JUSTICE